**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| DARBY PERMENTER,<br>on behalf of Plaintiff and the class members described below,<br><br>       Plaintiff,<br><br>   v.<br><br>EAGLE LENDING, LLC d/b/a FINEDAY FUNDS; CRYSTAL CHAPMAN-CHEVALIER; WOLF RIVER DEVELOPMENT COMPANY; and JOHN DOES 1-20,<br><br>       Defendants. | Court File No. 1:24-cv-01204<br><br>Judge Matthew P. Brookman |

## DEFENDANT EAGLE LENDING, LLC'S CORPROATE DISCLSOURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 7.1

COMES NOW Defendant Eagle Lending, LLC, in the above-captioned civil action, and pursuant to Fed. R. Civ. P. 7.1,[1] makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?

    No.

2. Does the party have any parent or subsidiary corporations?

    Defendant Eagle Lending, LLC is a tribal limited liability company created under the laws and ordinances of the Menominee Indian Tribe of Wisconsin ("Tribe"), a

---

[1] Defendant Eagle Lending, LLC files this disclosure statement out of an abundance of caution. Pursuant to Fed. R. Civ. P. 7.1 only a "nongovernmental corporate party" is required to file a corporate disclosure statement. By filing this disclosure statement, Eagle Lending, LLC is in no way asserting that it is a "nongovernmental corporate party," as Eagle Lending, LLC is a corporate entity wholly owned by a federally-recognized Indian Tribe. As such, Defendant Eagle Lending, LLC may be deemed a governmental corporate party. *See Coughlin v. Lac du Flambeau Band of Lake Superior Chippewa Indians*, 143 S. Ct. 1689 (2023) (finding that tribal corporations wholly-owned and operated by federally-recognized Indian tribes are deemed "governmental units," under the bankruptcy code.). Further, nothing in this disclosure statement, including the filing hereof, should be deemed as an expressed or implied waiver of its tribal sovereign immunity, all of which is expressly preserved.

federally-recognized Indian tribe pursuant to 87 Fed. Reg. 4636 (Jan. 28, 2022) and, The Menominee Restoration Act of 1973, 15 U.S.C. §§ 903 et seq. Eagle Lending is a wholly-owned subsidiary of Five Clans Lending, LLC. Five Clans Lending, LLC is a tribal limited liability company created under the laws and ordinances of the Tribe. Five Clans Lending, LLC and its subsidiaries including Eagle Lending, LLC, were created with the purpose of stimulating economic growth and jobs for tribal members by engaging in tribal consumer lending.

3. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

No.

Dated: August 16, 2024

**SPENCER FANE, LLP**

By: *s/ Mark Bogdanowicz*
Mark Bogdanowicz, Attorney #25274-49
Patrick J. McAndrews (*Pro hac forthcoming*)
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Phone: 816.474.8100
Fax: 816.474.3216
mbogdanowicz@spencerfane.com
pmcandrews@spencerfane.com

And

Ariel K. Lierz (*Pro hac forthcoming*)
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
(612) 268-7000
(612) 268-7001 (facsimile)
alierz@spencerfane.com

*Attorneys for Defendants*