AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

Darby Permenter, on behalf of Plaintiff and a class )
*Plaintiff* )
v. ) Case No.   1:24-cv-01204-MPB-MG
Eagle Lending, LLC d/b/a Fineday Funds, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Darby Permenter.

Date:  09/10/2024

s/ Lucas M. Coughlin
*Attorney's signature*

Lucas M. Coughlin #6347601
*Printed name and bar number*

Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St., Ste. 1800
Chicago, IL 60603
*Address*

lcoughlin@edcombs.com
*E-mail address*

(312) 739-4200
*Telephone number*

(312) 419-0379
*FAX number*