# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| DARBY PERMENTER, ) <br> On behalf of Plaintiff and the class ) <br> members described below, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EAGLE LENDING, LLC d/b/a ) <br> FINEDAY FUNDS; ) <br> CRYSTAL CHAPMAN-CHEVALIER; ) <br> WOLF RIVER DEVELOPMENT ) <br> COMPANY; and JOHN DOES 1-20, ) <br> ) <br> Defendants. ) | Case No.: 1:24−cv-01204-MPB-MG |

## **NOTICE OF SETTLEMENT & REQUEST TO STAY DEADLINES**

Plaintiff Darby Permenter and Defendants Eagle Lending, LLC, Crystal Chapman-Chevalier, and Wolf River Development Company, hereby notify this Court that they have settled this case in principle and expect to file dismissal papers within the next sixty (60) days. The parties respectfully request that all deadlines be stayed while they negotiate a written settlement agreement.

Respectfully submitted,

<div style="display: flex;">

*/s/ Lucas M. Coughlin*
Daniel A. Edelman
Heather Kolbus
Lucas M. Coughlin
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603-1841
(312) 739-4200
(312) 419-0379 (FAX)

*/s/  Mark Bogdanowicz (w/ consent)*
Mark Bogdanowicz
**Spencer Fane, LLP**
1000 Walnut Street, Suite 1400
Kansas City, Mo, 64106
(816) 474-8100
mbogdanowicz@spencerfane.com

</div>

2

## **CERTIFICATE OF SERVICE**

      I, Lucas Coughlin, hereby certify that on September 27, 2024, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.

                                                          */s/ Lucas M. Coughlin*
                                                          Lucas M. Coughlin